# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

    **v.**                                         Case No. 13-CV-851

**JOHN DOE,**
**Subscriber assigned IP address 174.102.228.28,**

    **Defendant.**

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
## EXHIBIT C TO THE COMPLAINT

Before the Court is Plaintiff's Motion to Seal Exhibit C to the Complaint [CM/ECF 1-3] (the "Motion"). For good cause, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion is granted. The clerk is ordered to seal Plaintiff's Exhibit "C" of the Complaint [CM/ECF 1-3].

Dated at Milwaukee, Wisconsin this 23rd day of September, 2013.

                                                      BY THE COURT:

                                                      *s/Nancy Joseph*
                                                      NANCY JOSEPH
                                                      United States Magistrate Judge