IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00851-NJ |
| v. | ) |
| ADAM BAUER, | ) |
| Defendant. | ) |

**STATUS REPORT**

On August 2, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain their indentifying information [CM/ECF 6]. Plaintiff issued the subpoena on August 6, 2013, and received the Defendant's identity on November 19, 2013. On December 2, 2013, Plaintiff Amended its Complaint to name the subscriber identified by the ISP and Defendant's counsel accepted service on behalf of the Defendant on December 18, 2013.

The parties are currently attempting to settle the case.

Dated: January 20, 2014

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*